Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,833,902
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## NBA

NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY,
FOOTWEAR, SWEAT SHIRTS, SWEATPANTS,
PANTS, TANK TOPS, JERSEYS, SHORTS, PA-
JAMAS, SPORT SHIRTS, RUGBY SHIRTS,
BELTS, TIES, NIGHTSHIRTS, HATS, WARM-
UP SUITS, JACKETS, PARKAS, COATS,

CLOTH BIBS, HEAD BANDS AND WRIST
BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1969; IN COMMERCE
0–0–1960.

OWNER OF U.S. REG. NOS. 864,034, 1,525,782
AND OTHERS.

SER. NO. 74–415,223, FILED 7–21–1993.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,183,983

Registered Aug. 25, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# NATIONAL BASKETBALL ASSOCIATION

NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHT-SHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

SEC. 2(F).

SER. NO. 75–330,478, FILED 7–25–1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,157,039**

## United States Patent and Trademark Office

**Registered May 12, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, HOSIERY,
FOOTWEAR, SWEAT SHIRTS, SWEATPANTS,
PANTS, TANK TOPS, JERSEYS, SHORTS, PA-
JAMAS, SPORT SHIRTS, RUGBY SHIRTS,
SWEATERS, BELTS, TIES, NIGHTSHIRTS,
WARM-UP SUITS, PARKAS, COATS, CLOTH

BIBS, HEAD BANDS AND WRIST BANDS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1997; IN COMMERCE
1–0–1997.

OWNER OF U.S. REG. NOS. 1,976,449,
1,978,202, AND 2,107,716.

SN 74–393,135, FILED 5–21–1993.

ANDREW A. ROPPEL, EXAMINING ATTOR-
NEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

**United States Patent and Trademark Office**

Reg. No. 1,525,782
Registered Feb. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-RATION)
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, TANK TOPS, PAJAMAS, SPORT SHIRTS, BELTS, NIGHTSHIRTS, STOCKING CAPS, WARM-UP OR JOGGING SUITS, JACKETS, BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1–0–1969; IN COMMERCE 1–0–1969.

FOR: ENTERTAINMENT SERVICES, NAMELY, ORGANIZING AND CONDUCTING BASKETBALL EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1–0–1969; IN COMMERCE 1–0–1969.

OWNER OF U.S. REG. NOS. 864,034, 1,216,146 AND OTHERS.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 696,675, FILED 11–20–1987.

MICHAEL HAMILTON, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,079,493

**United States Patent and Trademark Office**

Registered July 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY,
FOOTWEAR, SWEAT SHIRTS, SWEATPANTS,
PANTS, TANK TOPS, JERSEYS, SHORTS, PA-
JAMAS, SPORT SHIRTS, RUGBY SHIRTS,
SWEATERS, BELTS, TIES, NIGHTSHIRTS,
WARM-UP SUITS, PARKAS, COATS, CLOTH

BIBS, HEAD BANDS AND WRIST BANDS, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1997; IN COMMERCE
1–0–1997.

OWNER OF U.S. REG. NOS. 864,034, 1,525,782,
AND OTHERS.

SN 74–393,137, FILED 5–21–1993.

RONALD R. SUSSMAN, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,966,924

Registered Apr. 9, 1996

### TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPO-
RATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY HOSIERY,
FOOTWEAR, T-SHIRTS, SWEAT SHIRTS,
SWEATPANTS, PANTS, TANK TOPS, JERSEYS,
SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY
SHIRTS, SWEATERS, BELTS, TIES, NIGHT-
SHIRTS, HATS, WARM-UP SUITS, JACKETS,

PARKAS, COATS, CLOTH BIBS, HEAD BANDS,
WRIST BANDS, APRONS, BOXER SHORTS,
SLACKS, CAPS, EAR MUFFS, AND GLOVES,
IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1969; IN COMMERCE
1–0–1969.

OWNER OF U.S. REG. NO. 1,525,782.

SER. NO. 74–675,875, FILED 5–17–1995.

MIDGE BUTLER, EXAMINING ATTORNEY